UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER JOEL GALO MENDEZ (A-Number: 235-337-242),<br><br>            Petitioner,<br><br>    v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>            Respondent. | Case No.  1:26-cv-2201-DC-JDP (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 17) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 30, 2026, the magistrate judge filed findings and recommendations, which were served on all parties and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Respondent has filed objections, stating that he "objects to the findings and recommendations based on the arguments raised in the prior filings." ECF No. 18. However, Respondent's arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Calvillo v. Chestnut*, No. 1:26-cv-00569-DC-CSK, 2026 WL 253627 (E.D. Cal. Jan. 31, 2026) (finding that where the government presents non-pretextual reasons to re-detain a noncitizen previously released into the

1

United States, the proper remedy for the government's failure to provide a pre-deprivation bond hearing is a post-deprivation bond hearing, not immediate release). Thus, Respondent's objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 30, 2026, ECF No. 17, are ADOPTED;

2. The first amended petition for writ of habeas corpus, ECF No. 16, is GRANTED.

3. Within seven days of this order, Petitioner Elmer Joel Galo Mendez (A-Number: 235-337-242) is afforded a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

4. Respondent is ordered to file a status report, within five days of the bond hearing, confirming that the hearing occurred.

5. The Clerk of the Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated:    **May 22, 2026**

Dena Coggins
United States District Judge

2